JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 750 -- In re Transpac Securities Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 88/01/05 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-2), EXHIBITS AND CERT. OF SERVICE -- deft. Columbia Federal Savings Bank -- Suggested Transferee District: S.D. New York (cds) |
| 88/01/21 | 2 | RESPONSE (to pldg.#1) -- Defts. Community Federal Savings & Loan -- W/cert. of svc. (paa) |
| 88/01/26 | 3 | RESPONSE (to pldg. #1) -- Plaintiffs in Gethner, et al. -- W/cert. of svc. (paa) |
| 88/02/02 | | APPEARANCES: LAWRENCE P. EAGEL, ESQ. for Community Federal Savings & Loan; GRAEME W. BUSH, ESQ. for Jay Botchman; JACK L. BLOCK, ESQ. for American Funding Limited & First American Services, Inc.; LAUREN REITER BRODY, ESQ. for Friedman & Shaftan, Wilfred T. Friedman & Robert P. Shaftan; ROBERT S. COHEN, ESQ. for BarclaysAmerican Business Credit, Inc.; MITCHELL BERNS, ESQ. for Columbia Federal Savings Bank (formerly known as County Federal Savings & Loan Association of Westport); HERBERT BEIGEL, ESQ. for Jon Gethner, et al. (paa) |
| 88/02/10 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in San Francisco, California on March 25, 1988 (rh) |
| 88/03/14 | 4 | NOTICE OF TWO RELATED ACTIONS -- counsel for defendants Charles Salz and Sam Salz (cds) |
| 88/03/25 | | ALL PARTIES WAIVED ORAL ARGUMENT (For Hearing 3/25/88 in San Francisco, California) (paa) |
| 88/04/15 | | CONSENT OF TRANSFEREE COURT -- for assignment of actions to the S.D. New York before Judge Griesa (cds) |
| 88/04/15 | | **TRANSFER ORDER** -- transferring A-1 to the **Southern District of New York** before the Honorable **Thomas P. Griesa** -- Notified involved judges, clerks, counsel and miscellaneous recipients (cds) |
| 88/05/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-5 M. Bassam Abaza, MD., et al. v. Douglas C. Adams, et al., E.D. New York, C.A. No. CV-87-4176 -- Notified involved counsel and judges (rh) |
| 88/05/25 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- B-5 M. Bassam Abaza, MD., et al. v. Douglas C. Adams, et al., E.D. New York, C.A. No. CV-87-4176 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 750 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Transpac Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 3/25/88 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 15, 1988 | TO | Unpublished | S.D. New York  208 | Thomas P. Griesa | |

Misc # M-21-47 TPG

Special Transferee Information

DATE CLOSED: 11/23/92

JPML FORM 1        LISTING OF INVOLVED ACTIONS       S. D. New York
Judge Thomas P. Griesa

DOCKET NO. 750 -- In re Transpac Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Morton Altholz, et al. v. Douglas C. Adams, et al. | N.J. Barry | 87-4387 (MTB) | 4/15/88 | 88-3159-TPG | | |
| A-2 | John Gethner, et al. v. John Peter Galanis, et al. | N.Y.,S. Griesa | 87-Civ-2333 (TPG) | | | | |
| XYZ-3 | Barclays American/Business Credit Corp. v. Sam Salz | N.Y.,S. | 87 Civ 1765 | | | 1/25/91 | |
| XYZ-4 | Barclays American/Business Credit v. Charles Salz | N.Y.,S. | 87 Civ 1764 | | | 1/25/91 | |
| B-5 | M. Bassam Abaza MD, et al. v. Douglas C. Adams, et al. 5-9-88 | N.Y.,E. Mishler | CV-87-4176 | 5 | 88-3830-TPG | | |

July 1988 - 2TR/3XYZ/5 Pending
July 1989 - Same
July 1990 - 2 Dis/3 Pending
July 1991 - Same
July 1992 - Same

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 750 -- IN RE TRANSPACE SECURITIES LITIGATION

(REVISED 2-2-88)

MORTON ALTHOLZ, ET AL.   A-1
  (No appearance received)
Robert P. Glickman, Esquire
15 Village Plaza
South Orange, New Jersey   07079

JOHN GETHNER, ET AL.   A-2
Herbert Beigel, Esquire
Beigel & Sandler
333 West Wacker Drive
Suite 650
Chicago, Illinois   60606

ATWELL, THOMPSON & WILLIAMS
ANTHONY ATWELL
STEPHEN THOMPSON
RONALD G. WILLIAMS
  (No app. rec'd)
Lester Schwab Katz & Dwyer
120 Broadway
New York, New York   10004

FDIC, Receiver for PEOPLES BANK
HERITAGE BAND & TRUST
  (No app. rec'd)
Marc E. Weiman, Esquire
FDIC
452 Fifth Avenue
New York, New York   10018

CONSOLIDATED CAPITAL CORP.
  (no app. rec'd)
Floyd Abramson, Esquire
Ruberry, Phares, Abramson & Fox
1 East Wacker Drive
Chicago, Illinois   60601

COLUMBIA FEDERAL SAVINGS BANK
  (Formerly known as County Federal
Savings & Loan Association of Westport)
Mitchell Berns, Esquire
Weisberg & Berns
50 Broad Street
New York, New York   10004

BARCLAYSAMERICAN BUSINESS CREDIT, INC.
Robert S. Cohen, Esquire
Moritt & Hock, P.C.
Hempstead Executive Plaza
50 Clinton Stret
Hempstead, New York   11550

FRIEDMAN & SHAFTAN
WILFRED T. FRIEDMAN
ROBERT P. SHAFTAN
Lauren Reiter Brody, Esquire
Rosenman & Colin
575 Madison Avenue
New York, New York   10022

AMERICAN FNDING LIMITED
FIRST AMERICAN SERVICES, INC.
Jack L. Block, Esquire
Sachnoff, Weaver & Rubenstein, Ltd.
30 South Wacker Drive, 29th Fl.
Chicago, Illinois   60606

JAY BOTCHMAN
Graeme W. Bush, Esquire
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, D.C.   20005

COMMUNITY FEDERAL SAVINGS & LOAN
Lawrence P. Eagel, Esquire
Squadron, Ellenoff, Plesent & Lehrer
551 Fifth Aveue
New York, New York   10176

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____  --  _____

---

EQUIFUND
(no app. rec'd)
Robert Schoenberg, Esquire
Riker, Danzig, Sherer,
   Hyland & Peretti
Headquarters Plaza
One Speedwell Avenue
On 1981
Morristown, New Jersey 07960-1981

*not party per letter in app. file*

TRI-COUNTY SAVINGS & LOAN ASSOCIATION
(no app. rec'd)
Lance Gotthoffer, Esquire
Marks, Murase & White
400 Park Avenue
New York, New York 10022

UNABLE TO DETERMINE ADDRESS OR COUNSEL
   (DEFENDANTS)

JOHN PETER GALANIS
THOMAS D. BASMAJIAN
BROOK FINANCIAL CORPORATION
PETER CHASE
MORRIS COFMAN
RONALD DURNING
EXCELSIOR OIL & GAS CORPORATION
DOUGLAS C. ADAMS
DANIEL S. BRIER
ROBERT A. BROWN
CHURCHILL OIL & GAS CORPORATION
EMMONS OIL, INC.
ABRAHAM FELDMAN
CHANDRA GALANIS
JOHN GEANOULIS
LAURENCE H. KLUSKY
JANET LANDON
JOHN M. LEWIS
ARTHUR MASON
JOHN MOORE
PARAMOUNT OIL & GAS CORPORATION
R.B. DURNING ASSOCIATES LEONARD SLUTSKY
STEVEN STRASSER
TRANSPAC EAST, INC.
TRANSPAC OIL COMPANY
JOHN VOLATILE
THOMAS J. WILLIAMS SAMUEL YONNONE
ANDOVER FINANCIAL CORPORATION
HARTWELL INTERNATIONAL, N.V.

LAKE TRUST COMPANY
NEMESIS FINANCE COMPANY, INC.
NORAM SECURED INCOME, N.V.
   (NETHERLANDS)
PEOPLES NATIONAL BANK OF ROCKLAND
   COUNTY, NEW YORK
J. FRANKLIN INVESTMENTS, INC.
JOHN LANDON
ANTHONY MARCHESE
MILLBROOK INVESTOR SECURITIES, INC.
JOSE PELAYO
QUEENS OIL COMPANY
SAMUEL ROSENGARTEN
JOHN R. STARLEY
THE GALANIS BROTHERS TRUST
TRANSPAC OIL DRILLING COMPANY
WILTON EAST, INC.
ANDOVER FINANCE LTD.
ANDOVER FINANCIAL GROUP OF COMPANIES
BRONSON COMPANY
FAIRFIELD TRUST COMPANY
HERITAGE BANK & TRUST
INVESTORS FINANCE COMPANY
NORAM SECURED INCOME, N.V.
   (NETHERLANDS ANTILLES)
LOUIS ROSEN
ALFRED FELDMAN


M. BASSAM ABAZA MD, ET AL. (B-5)
Richard Simon, Esquire
Federal Court Plaza
300 Rabro Drive
Hauppauge, New York 11788

UNABLE TO DETERMINE ADDRESS OR COUNSEL
FOR DEFENDANTS IN B-5
BARCLAYS AMERICAN FUNDING CORPORATION
CHILTON PRIVATE BANK
CITIZENS NATIONAL BANK OF FAIRCHILD COUNTY
JOHN E. COCHRAN
MORRIS COFMAN
CONSOLIDATED CAPITAL CORPORATION
EQUIFUND LTD.
FIRST AMERICAN SERVICES, INC.
GENSTAR CORPORATION
HILL BAY OIL & GAS CO., INC.
JOAN LANDON
MADISON REALTY & DEVELOPMENT, INC.
MONTANA TRUST COMPANY
NORSEC SECURED INCOME, N.V.
PUTNUM FUNDING CORPORATION

(cont'd on next page)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 3

DOCKET NO. 750 --

(Defts. in B-5 Cont'd)

SAMUEL ROSENGARTEN
SHIRLEY ROSENGARTEN
TERRELL SMITH
VIRGINIA CORPORATION

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 750 -- In re Transpac Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Douglas C. Adams | A-1, A-2, B-5 |
| Andover Financial Group Companies | A-1, A-2, B-5 |
| Andover Finance, Ltd. | A-1, A-2, B-5 |
| Andover Funding, Ltd. | A-1, A-2, B-5 |
| Anthony Atwell | A-1, A-2, B-5 |
| Thompson & Williams Atwell | A-1, A-2, B-5 |
| Barclays American Business Credit, Inc. | A-1, A-2, B-5 |
| Daniel S. Brier | A-1, A-2, B-5 |
| Brook Financial Corporation | A-1, A-2, B-5 |
| Churchill Investment Corporation | A-1, A-2, B-5 |
| Churchill Oil & Gas Corporation | A-1, A-2, B-5 |

p. 2

| | |
|---|---|
| Morris Cofman | A-1 |
| Community Federal Savings & Loan | A-1, A-2, B-5 |
| County Federal Savings & Loan | A-1, A-2, B-5 |
| Excelsior Oil & Gas Corporation | A-1, A-2, B-5 |
| Federal Deposit Insurance Corporation | A-1, A-2, B-5 |
| Alfred Feldman | A-1 |
| Friedman & Shaftan | A-1, A-2, B-5 |
| Wilfred T. Friedman | A-1, A-2, B-5 |
| Chandra Galanis | A-1, A-2, B-5 |
| John Peter Galanis | A-1, A-2, B-5 |
| John Geonoulis | A-1, A-2, B-5 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 750 -- In re Transpac Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Hartwell International, N.V. | A-1, A-2, B-5 |
| Heritage Bank and Trust | A-1, A-2, B-5 |
| Investors Finance Company | A-1, A-2, B-5 |
| J. Franklin Investment, Inc. | A-1, A-2, B-5 |
| Laurence H. Klusky | A-1, A-2, B-5 |
| Janet Landon | A-1, A-2, B-5 |
| John Landon | A-1, A-2, B-5 |
| John M. Lewis | A-1, A-2, B-5 |
| Anthony Marchese | A-1, A-2, B-5 |
| Arthur Mason | A-1, A-2, B-5 |
| Noram Secured Income, N.V. | A-1, A-2, B-5 |

p. 4

| | |
|---|---|
| Paramount Oil & Gas Corporation | A-1, A-2, B-5 |
| Jose Pelayo | A-1, A-2, B-5 |
| Peoples National Bank of Rockland City | A-1, A-2, B-5 |
| Queens Oil Company | A-1, A-2, B-5 |
| R.B. Durning Associates | A-1, A-2, B-5 |
| Louis Rosen | A-1, B-5 |
| Robert P. Shaftan | A-1, A-2, B-5 |
| Leonard Slutsky | A-1, A-2, B-5 |
| John R. Starley | A-1, A-2, B-5 |
| Steven Strasser | A-1, A-2, B-5 |
| Stephen Thompson | A-1, A-2, B-5 |

JPML FORM 3

p. 5

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 750 -- In re Transpac Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Transpac East, Inc. | A-1, B-5 |
| Transpac Oil Company | A-1, A-2, B-5 |
| Transpac Oil Drilling Company | A-1, A-2, B-5 |
| Tri-County Savings & Loan | A-1, B-5 |
| John Volatire | A-1, A-2, B-5 |
| Ronald G. Williams | A-1, A-2, B-5 |
| Thomas J. Williams | A-1, A-2, B-5 |
| Wilton East, Inc. | A-1, A-2, B-5 |
| Yonnone Samuel | A-1, A-2, B-5 |
| Thomas D. Basmajian | A-2, B-5 |
| Jay Botchman | A-2, B-5 |

| | |
|---|---|
| Robert A. Brown | A-2 |
| Peter Chase | A-2 |
| Ronald Durning | A-2, B-5 |
| Emmons Oil Inc. | A-2 |
| Abraham Feldman | A-2, B-5 |
| Millbrook Investor Securities, Inc. | A-2 |
| John Moore | A-2 |
| Samuel Rosengarten | A-2 |
| The Galanis Brothers Trust | A-2, B-5 |
| Andover Financial Corporation | A-2 |
| Bronson Company | A-2 |

JPML FORM 3

p. 7

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 750 -- In re Transpac Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Consolidated Mortgage Company | A-2, B-5 |
| Fairfield Trust Company | A-2 |
| Lake Trust Company | A-2 |
| Nemesis Finance Company | A-2 |
| American Funding, Ltd. | A-2 |
| Barclays American Funding Corp. | B-5 |
| Chilton Private Bank | B-5 |
| Citizens National Bank of Fairchild County | B-5 |
| John E. Cochran | B-5 |
| Morris Cofman | B-5 |
| Consolidated Capital Corporation | B-5 |

p. 8

| | |
|---|---|
| Equifund Ltd | B-5 |
| First American Services, Inc. | B-5 |
| Genstar Corporation | B-5 |
| Hill Bay Oil & Gas Co., Inc. | B-5 |
| Joan Landon | B-5 |
| Madison Realty & Development, Inc. | B-5 |
| Montana Trust Company | B-5 |
| NORSEC Secured Income, N.V. | B-5 |
| Putnum Funding Corporation | B-5 |
| Samuel Rosengarten | B-5 |
| Shirley Rosengarten | B-5 |

JPML FORM 3

p. 9

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 750 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Terrell Smith | B-5 |
| Virginia Corporation | B-5 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |