DOCKET NO. 750

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TRANSPAC SECURITIES LITIGATION

TRANSFER ORDER*

This litigation consists of the two actions listed on the attached Schedule A and pending, respectively, in the District of New Jersey and the Southern District of New York.  Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by Columbia Federal Savings Bank, a defendant in both actions, for an order transferring the New Jersey action to the Southern District of New York for coordinated or consolidated pretrial proceedings with the action pending there.  No party opposes the motion.

On the basis of the papers filed,[1] the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the Southern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.  The actions share numerous factual questions regarding the sale to investors of interests in certain oil and gas partnerships (the Transpac partnerships) and the conduct of a core group of common defendants, including promoters, financial intermediaries and law firms allegedly involved in the Transpac partnership offerings.  Centralization under Section 1407 is thus desirable in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

Given the proximity to each other of the two districts in which an action is pending in this docket, either district might be considered an appropriate district in which to locate Section 1407 proceedings.  On balance, however, we are persuaded that the Southern District of New York is the proper forum for this litigation.  We note that: 1) the first filed action was brought there; 2) more than three quarters of the plaintiffs in this litigation and the vast majority of defendants are already parties to the New York action; and 3) no party opposes selection of the New York forum.

---

* Judge Louis H. Pollak took no part in the decision of this matter.

[1] The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs.  Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

-2-

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the District of New Jersey be, and the same hereby is, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Thomas P. Griesa for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-750 -- In re Transpac Securities Litigation

District of New Jersey

Morton Altholz, et al. v. Douglas C. Adams, et al., C.A. No.
87-4387 (MTB)

Southern District of New York

John Gethner, et al. v. John Peter Galanis, et al., C.A. No.
87-Civ-2333 (TPG)